UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


MICHAEL S. WOLCOFF,

　　　　　Petitioner,

vs.                                    Case No. 3:05-cv-312-J-20MMH

JAMES V. CROSBY, JR., et al.,

　　　　　Respondents.
_____

## ORDER

This cause is before the Court on Petitioner's July 14, 2005,
Motion for Certificate of Appealability (Doc. #11).  On April 24,
1996, the President signed into law amendments to 28 U.S.C. §§
2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q).
As a result, this Court should grant an application for a
certificate of appealability only if the Petitioner makes a
substantial showing of the denial of a constitutional right.  To
make this substantial showing, Petitioner "must demonstrate that
the issues are debatable among jurists of reason" or "that a court
could resolve the issues [differently]."  Barefoot v. Estelle, 463
U.S. 880, 893 n.4 (1983) (citation omitted).  In addition,
Petitioner could show "the questions are adequate to deserve
encouragement to proceed further."  Id.

Specifically, where a district court has rejected a prisoner's
constitutional claims on the merits, the petitioner must
demonstrate that reasonable jurists would find the district court's

assessment of the constitutional claims debatable or wrong.  See
Slack v. McDaniel, 529 U.S. 473, 484 (2000); Hernandez v. Johnson,
213 F.3d 243, 248 (5th Cir.), cert. denied, 531 U.S. 966 (2000).
When the district court has rejected a claim on procedural grounds,
the petitioner must show that jurists of reason would find it
debatable whether the petition states a valid claim of the denial
of a constitutional right and that jurists of reason would find it
debatable whether the district court was correct in its procedural
ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d
1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S.
1009 (2001).  Here, Petitioner has failed to make the requisite
showing.

Therefore, it is now

**ORDERED:**

Petitioner's July 14, 2005, Motion for Certificate of
Appealability (Doc. #11) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of
_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 7/27
c:
Michael S. Wolcoff
Assistant Attorney General Trisha Meggs Pate
USCA

- 2 -